DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6401
FAX: (415) 436-7027
EMAIL: Aseem.Padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:20-MJ-70014-MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| YACOV LEVI ELBAZ, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against Yacov Levi Elbaz without prejudice.

DATED:

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 3:20-MJ-70014-MAG

v. 7/10/2018

Leave is granted to the government to dismiss the complaint against Yacov Levi Elbaz.

Date: February 3, 2020

*Sallie Kim*
HON. SALLIE KIM
United States Magistrate Judge

NOTICE OF DISMISSAL
No. CR 3:20-MJ-70014-MAG

v. 7/10/2018